**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

               Plaintiff,

       v.

TRONOX LLC,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION, *et al.*,

               Plaintiffs,

       v.

TRONOX LLC, *et al.*,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

               - and -

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

     TRONOX INCORPORATED, *et al.*,

               Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRONOX LLC,

               Plaintiff,

       v.

UNITED STATES OF AMERICA, *et al.*,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RECEIVED

AUG 26 2009

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Civil Action No.
3:08-cv-4368 (FLW-LHG)

Civil Action No.
3:08-cv-5160 (FLW-LHG)

Chapter 11

Case No. 09-10156 (ALG)

Jointly Administered

Adv. Proc. No. 09-01039 (ALG)

## STIPULATION AND ORDER

WHEREAS, on April 8, 2009, Tronox LLC ("Tronox") and its affiliated debtors, the United States of America, and the New Jersey Department of Environmental Protection; the Commissioner of the New Jersey Department of Environmental Protection, as trustee for natural resources; and the Administrator of the New Jersey Spill Compensation Fund (collectively, "New Jersey") presented an agreed-upon stipulation (the "Stipulation and Order") simultaneously to the United States District Court for the District of New Jersey (the "New Jersey Court") and to the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court");

WHEREAS, on April 13, 2009, the New Jersey Court approved and entered the Stipulation and Order;

WHEREAS, on April 21, 2009, the Bankruptcy Court also approved and entered the Stipulation and Order; and

WHEREAS, as of the date hereof, the Stipulation and Order remains in effect pursuant to its terms and the above-captioned consolidated cases pending in the New Jersey Court (the "New Jersey Cases") have, accordingly, been stayed by the New Jersey Court with leave to reopen the cases pursuant to the terms of the Stipulation and Order;

THEREFORE, the parties stipulate and agree and the Court orders that:

1.     In the interest of judicial economy and efficient management of the New Jersey Court's docket and resources, the Parties agree that the New Jersey

2

Cases may be administratively closed.

2.      The Stipulation and Order shall remain in full force and effect, it being understood that the administrative closing of the New Jersey Cases is the equivalent of staying the New Jersey Cases for purposes of the Stipulation and Order. For the avoidance of doubt, and without limiting the foregoing, any party may move as of right to reopen the New Jersey Cases upon letter request to the New Jersey Court, which motion shall be promptly granted, and such request shall also serve as sufficient notice pursuant to paragraph 4 of the Stipulation and Order to start the two-week period described therein.

3.      Until such time as a Party moves to reopen the New Jersey Cases, the Clerk of the New Jersey Court shall designate each of the consolidated New Jersey Cases as administratively terminated with leave to reopen.


[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**AGREED TO BY THE PARTIES TO THE NEW JERSEY ACTION:**

Dated:      Washington, D.C.          JOHN C. CRUDEN
            _____, 2009          Acting Assistant Attorney General
                                       Attorney for the United States

                         By:   _____
                               DEANNA J. CHANG
                               BETHANY ENGEL
                               Trial Attorneys
                               Environmental Enforcement Section
                               Environment and Natural Resources Division
                               U.S. Department of Justice
                               P.O. Box 7611, Ben Franklin Station
                               Washington, D.C. 20044
                               Telephone: (202) 514-4185
                               Facsimile: (202) 616-2427
                               E-mail: deanna.chang@usdoj.gov


Dated:      Trenton, New Jersey        ANNE MILGRAM
            _____, 2009          Attorney General of New Jersey
                                       Attorney for New Jersey

                         By:   _____

                               JOHN F. DICKINSON, JR.
                               Deputy Attorney General
                               RJ Hughes Justice Complex
                               25 Market Street
                               PO Box 093
                               Trenton, New Jersey 08625
                               Telephone: (609) 984-4863
                               Facsimile: (609) 984-9315
                               E-mail: john.dickinson@dol.lps.state.nj.us


Dated:      Morristown, New Jersey     DAY PITNEY LLP
            _____, 2009          Attorneys for Tronox

                               _____

                               Anthony J. Marchetta, Esq.
                               P.O. Box 1945
                               Morristown, New Jersey 07962
                               Telephone: (973) 966-6300
                               Facsimile: (973) 966-1015
                               E-mail: amarchetta@daypitney.com

AGREED TO BY THE PARTIES TO THE NEW JERSEY ACTION:

Dated:      Washington, D.C.      JOHN C. CRUDEN
              _____, 2009    Acting Assistant Attorney General
                                 Attorney for the United States

                    By:   _____

                                DEANNA J. CHANG
                                BETHANY ENGEL
                                Trial Attorneys
                                Environmental Enforcement Section
                                Environment and Natural Resources Division
                                U.S. Department of Justice
                                P.O. Box 7611, Ben Franklin Station
                                Washington, D.C. 20044
                                Telephone: (202) 514-4185
                                Facsimile: (202) 616-2427
                                E-mail: deanna.chang@usdoj.gov

Dated:      Trenton, New Jersey    ANNE MILGRAM
              _August 10_, 2009    Attorney General of New Jersey
                                 Attorney for New Jersey

                    By:   _____

                                JOHN F. DICKINSON, JR.
                                Deputy Attorney General
                                RJ Hughes Justice Complex
                                25 Market Street
                                PO Box 093
                                Trenton, New Jersey 08625
                                Telephone: (609) 984-4863
                                Facsimile: (609) 984-9315
                                E-mail: john.dickinson@dol.lps.state.nj.us

Dated:      Morristown, New Jersey  DAY PITNEY LLP
              _____, 2009    Attorneys for Tronox

                                _____

                                Anthony J. Marchetta, Esq.
                                P.O. Box 1945
                                Morristown, New Jersey 07962
                                Telephone: (973) 966-6300
                                Facsimile: (973) 966-1015
                                E-mail: amarchetta@daypitney.com

AGREED TO BY THE PARTIES TO THE NEW JERSEY ACTION:

| | | |
|---|---|---|
| Dated: | Washington, D.C.<br>_____, 2009 | JOHN C. CRUDEN<br>Acting Assistant Attorney General<br>Attorney for the United States |

By:    _____

DEANNA J. CHANG
BETHANY ENGEL
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4185
Facsimile: (202) 616-2427
E-mail: deanna.chang@usdoj.gov

| | | |
|---|---|---|
| Dated: | Trenton, New Jersey<br>_____, 2009 | ANNE MILGRAM<br>Attorney General of New Jersey<br>Attorney for New Jersey |

By:    _____

JOHN F. DICKINSON, JR.
Deputy Attorney General
RJ Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, New Jersey 08625
Telephone: (609) 984-4863
Facsimile: (609) 984-9315
E-mail: john.dickinson@dol.lps.state.nj.us

| | | |
|---|---|---|
| Dated: | Morristown, New Jersey<br>\_\_8/25\_\_\_\_, 2009 | DAY PITNEY LLP<br>Attorneys for Pharox |

Anthony J. Marchetta, Esq.
P.O. Box 1945
Morristown, New Jersey 07962
Telephone: (973) 966-6300
Facsimile: (973) 966-1015
E-mail: amarchetta@daypitney.com

4

AGREED TO BY THE PARTIES TO THE TRONOX BANKRUPTCY:

Dated:      New York, New York          KIRKLAND & ELLIS LLP
            August 24, 2009             Attorneys for the Debtors

                                        _____
                                        Jonathan S. Henes, Esq.
                                        Colin M. Adams, Esq.
                                        Citigroup Center
                                        153 East 53rd Street
                                        New York, New York 10022
                                        Telephone:  (212) 446-4800
                                        Facsimile:  (212) 446-4900
                                        E-mail: ~~cadams@kirkland.com~~  Ishuniyda@kirkland.
                                                                         com

Dated:      New York, New York          LEV L. DASSIN
            _____, 2009       Acting United States Attorney
                                        Attorney for the United States

                        By:             _____
                                        MATTHEW L. SCHWARTZ
                                        TOMOKO ONOZAWA
                                        Assistant United States Attorneys
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone:  (212) 637-1945
                                        Facsimile:  (212) 637-2750
                                        E-mail:  matthew.schwartz@usdoj.gov

Dated:      Trenton, New Jersey         ANNE MILGRAM
            _____, 2009       Attorney General of New Jersey
                                        Attorney for New Jersey

                        By:             _____
                                        RACHEL J. LEHR
                                        Deputy Attorney General
                                        RJ Hughes Justice Complex
                                        25 Market Street
                                        PO Box 093
                                        Trenton, New Jersey 08625
                                        Telephone:  (609) 984-5016
                                        Facsimile:  (609) 984-9315
                                        E-mail: rachel.lehr@dol.lps.state.nj.us

5

**AGREED TO BY THE PARTIES TO THE TRONOX BANKRUPTCY:**

Dated:        New York, New York        KIRKLAND & ELLIS LLP
              _____, 2009     Attorneys for the Debtors


                                         _____
                                         Jonathan S. Henes, Esq.
                                         Colin M. Adams, Esq.
                                         Citigroup Center
                                         153 East 53rd Street
                                         New York, New York 10022
                                         Telephone: (212) 446-4800
                                         Facsimile: (212) 446-4900
                                         E-mail: cadams@kirkland.com


Dated:        New York, New York        LEV L. DASSIN
              August 12, 2009            Acting United States Attorney
                                         Attorney for the United States

                              By:        _____
                                         MATTHEW L. SCHWARTZ
                                         TOMOKO ONOZAWA
                                         Assistant United States Attorneys
                                         86 Chambers Street, 3rd Floor
                                         New York, New York 10007
                                         Telephone: (212) 637-1945
                                         Facsimile: (212) 637-2750
                                         E-mail: matthew.schwartz@usdoj.gov


Dated:        Trenton, New Jersey        ANNE MILGRAM
              8/10/09, 2009              Attorney General of New Jersey
                                         Attorney for New Jersey

                              By:        _____
                                         RACHEL J. LEHR
                                         Deputy Attorney General
                                         RJ Hughes Justice Complex
                                         25 Market Street
                                         PO Box 093
                                         Trenton, New Jersey 08625
                                         Telephone: (609) 984-5016
                                         Facsimile: (609) 984-9315
                                         E-mail: rachel.lehr@dol.lps.state.nj.us


                                 5

SO ORDERED:

Dated:        Trenton, New Jersey
              Aug 26 , 2009

HON. FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

6

**SO ORDERED:**

Dated:      New York, New York
                 _____, 2009


_____
**HON. ALLAN L. GROPPER**
**UNITED STATES BANKRUPTCY JUDGE**

7